**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 2 1 2025

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | |
| ANITRA BRABSON | No.    4 25-CR-019 |

THE GRAND JURY CHARGES THAT:

### Count One
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning on a date unknown, but at least as of in or about December 2024 and continuing until on or about February 25, 2025, in the Northern District of Georgia and elsewhere, the defendant, ANITRA BRABSON, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## Count Two
### (Possession with Intent to Distribute a Controlled Substance)
### (21 U.S.C. § 841(a)(1))

On or about February 25, 2025, in the Northern District of Georgia, the defendant, ANITRA BRABSON, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, ANITRA BRABSON, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense alleged in Counts One and Two of this Indictment.

2

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ true _____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
 *Acting United States Attorney*

MATTHEW R. LaGRONE
 *Assistant United States Attorney*
Georgia Bar No. 499437

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000